UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY D. AGGISON,

      Plaintiff,

v.                                          Case No. 5:12-cv-125-Oc-30TBS

FUN LAFAYE et al.,

      Defendants.

## ORDER

In an order dated June 14, 2012, the Court dismissed this case without prejudice because Plaintiff conceded in the Complaint that he had not completed the administrative remedy process that is available to him. (Doc. 11). Now before the Court is Plaintiff's Motion for Reconsideration. (Doc. 12). Upon due consideration, the Motion for Reconsideration is **DENIED**. Plaintiff has not raised any new arguments warranting reconsideration or amendment of the judgment. Plaintiff may initiate a new case if he chooses to pursue that course.

      **DONE** and **ORDERED** in Tampa, Florida on July 30, 2012.

                                                    JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

c:  Gregory D. Aggison